IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SARAH ELLIS AND ANDREA ANNETTE JACKSON, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNIVERSAL CABLE HOLDINGS, INC. D/B/A SUDDENLINK COMMUNICATIONS<br>*Defendant.* | § § § § § § § § § § § § § § § | Case 2:16-cv-01289-JRG |

# ORDER

Before the Court the Joint Motion to Dismiss with Prejudice. (Dkt. No. 41.) Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that all claims asserted in this suit are hereby **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that all attorney fees, costs, and expenses are to be borne by the party that incurred them. All pending requests for relief not previously addressed by the Court are **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this case.

**So ORDERED and SIGNED this 18th day of May, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE